IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALLEN ALTO MADDOX, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:17-cv-536-TFM-B |
| | ) |
| GUY NOE, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Allen Alto Maddox' habeas corpus petition, filed pursuant to 28 U.S.C. § 2254 (Doc. 4) is **DISMISSED with prejudice** as time barred. Further, the Court determines that Petitioner is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 11th day of December, 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE